UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CLYDE D. VAUGHT, AS SPECIAL ) 
ADMINISTRATOR OF THE ESTATE OF ) 
MONICA VAUGHT, DECEASED, ) 
                                 ) 
            PLAINTIFF, ) 
                                 ) 
     v. ) 
                                   )     Case No.:  1:23-cv-1788
SGT. BRANDON COX, ) 
OFC. BEN LOUZON, ) 
OFC. ELIJAH ALLEN, ) 
OFC. ZANE HENNIG, and ) 
CITY OF GREENWOOD, ) 
                                   ) 
          DEFENDANTS. ) 

## <u>NOTICE OF REMOVAL</u>

Come now Sgt. Brandon Cox, Ofc. Ben Louzon, Ofc. Elijah Allen, Ofc. Zane Hennig, and the City of Greenwood (collectively, "Defendants"), by counsel, and pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446, and Local Rule 81-2 file this Notice of Removal.  In support hereof, they state:

1. On September 4, 2023, Plaintiff filed a lawsuit in the Johnson Superior Court 1. The lawsuit alleges that each of the defendants violated the federal constitutional rights of Plaintiff's decedent, Monica Vaught.   The lawsuit is brought under 42 U.S.C. § 1983 and includes a state law claim.

2. Title 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States of the district and division embracing the place where such action is pending."

3.      Under 28 U.S.C. § 1331, this Court has original jurisdiction over the lawsuit filed by Plaintiff in the Johnson Superior Court 1 because the of federal questions presented— specifically, § 1983 claims alleging Fourth Amendment violations through the use of excessive force and entity liability under *Monell*.

4.      The Court has supplemental jurisdiction over the state law claim under 28 U.S.C. § 1367.

5.      The City of Greenwood received service of Plaintiff's original complaint on September 7, 2023, and reasonably believes that no defendant in the case received service before September 7, 2023.  Accordingly, this Notice of Removal is filed within the 30 days allowed under U.S.C. § 1446.

6.      As required by 28 U.S.C. § 1446(a) and Local Rule 81-2(a), Defendants attach hereto the State Court Record, including the state court docket sheet and all pleadings, motions, orders, and other filings organized in chronological order by the state court filing date. [Attachment #1.]  The undersigned verifies that the attached State Court Record is complete as of today's date.

7.      As required by Local Rule 81-2(c), Defendants also attach hereto an additional copy of the operative complaint, which is Plaintiff's Amended Complaint filed on September 8, 2023. [Attachment #2.]

WHEREFORE, Defendants hereby remove this action from the Johnson Superior Court 1 to the United States District Court for the Southern District of Indiana.

Respectfully submitted,

KNIGHT HOPPE KURNIK & KNIGHT, LTD.

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman, Atty. No. 18142-53

2

Attorney for Defendants, Sgt. Brandon Cox, Ofc. Ben Louzon, Ofc. Elijah Allen, Ofc. Zane Hennig, and City of Greenwood

KNIGHT HOPPE KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN 46032
Phone: (317) 844-3830
Fax: (317) 573-4194
Email: pschneeman@khkklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, a copy of the foregoing NOTICE OF REMOVAL was filed electronically. I further certify that a copy of this Notice of Removal was also served on all counsel of record by First Class U.S. Mail, postage pre-paid:

Brandon E. Tate
Katherine A. Piscione
F. Holton Hovde
WALDRON TATE BOWEN LLC
156 E. Market Street, 5th Floor
Indianapolis, IN 46204
brandon@wth-lawyers.com
katie@wtb-lawyers.com
holt@wtb-lawyers.com

Chase T. Wilson
Alexander J. Limontes
HURST LIMONTES LLC
50 S. Meridian Street, Suite 600
Indianapolis, IN 46204
cwilson@hurstlimontes.com
alimontes@billhurst.com

Josiah J. Swinney
CAMDEN & MERIDEW, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038
js@camlawyers.com

*/s/ Pamela G. Schneeman*
Pamela G. Schneeman

3

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
11590 N. Meridian Street, Suite 650
Carmel, IN  46032
Telephone: (317) 844-3830
Fax: (317) 573-4194
Email:  pschneeman@khkklaw.com